

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-13-00604-CV

Style:        Tony Lee and James Morgan

        v. BAC Home Loans, LP fka Countrywide Home Loans Servicing, LP

Date motion filed[*]:        October 15, 2013

Type of motion:        Appellee/Defendant's Motion for Substitution of Counsel

Party filing motion:        Appellee

Document to be filed:

Is appeal accelerated?

If motion to extend time:
        Original due date:
        Number of previous extensions granted:        Current Due date:
        Date Requested:

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☑    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    The motion does not show compliance with Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(b)
    (requiring delivery of motion "to the party in person or mailed—both by certified and by first-class mail—
    to the party at the party's last known address"); 6.5(d) (requiring withdrawing attorney to comply with
    rule 6.5(b)).

Judge's signature:    /s/ Justice Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  November 5, 2013

November 7, 2008 Revision